**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| Jason A. Gaza ) | |
|     Plaintiff ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. .8:14-cv-1678 |
| ) | |
| Merchant Services Midwest, Inc. | |
| d/b/a | |
| Velocity Merchant Services, ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

   The Plaintiff, Jason Gaza, dismisses his claims and this case with prejudice against

Defendant with each party to bear their own attorney fees and costs.

                                                          **s/W. John Gadd_____**
                                                          W. John Gadd
                                                          FL Bar Number 463061
                                                          William Peerce Howard
                                                          FL Bar Number 103330
                                                          **Bank of America Building**
                                                          2727 Ulmerton Road-Suite 250
                                                          Clearwater, FL 33762
                                                          Tel – (727)524-6300
                                                          Email –wjg@mazgadd.com
                                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing Plaintiff's Initial Disclosures have been sent to: TRadigan@fulmerleroy.com this 8th day of January, 2015.

**s/W. John Gadd**
W. John Gadd, Esq.
FL Bar Number 643971
**Bank of America Building**
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel – (727)524-6300
Email –wjg@mazgadd.com
Attorney for Plaintiff
